1 | **JESSE S. KAPLAN   CSB#103726**
**5441 Fair Oaks Bl. Ste. C-1**
2 | **Carmichael, CA   95608**
**916/488-3030**
3 | **916/489-9297 fax**

4 | **Attorney for Plaintiff**
**HECTOR FONSECA**

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA
-o0O0o-

| | |
|---|---|
| HECTOR FONSECA, | No.   2:12-CV-00273-DAD |
| Plaintiff, | |
| | **STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MOTION FOR SUMMARY JUDGMENT AND EXTENDING DATE OF** |
| v. | |
| MICHAEL ASTRUE, | |
| Commissioner of Social Security, | |
| Defendant. | |
| _____/ | |

   IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court, that plaintiff's time to file a motion for summary judgment is extended to August 30, 2012, and defendant's motion/cross-motion will be due October 1, 2012.

   This is the first extension.

Dated: August 10, 2012                                   */s/   Jesse S. Kaplan*
                                                                       JESSE S. KAPLAN
                                                                       Attorney  for  Plaintiff


Dated: August 10, 2012                                    */s/ per e-mail authorization*

                                                                       ARMAND ROTH
                                                                       Special Assistant U.S. Attorney
                                                                       Attorney for Defendant

1

...

...

1  **ORDER**

2  Based on the parties' stipulation, IT IS ORDERED that plaintiff's motion for summary
3  judgment is due August 30, 2012, and defendant's responsive brief is due October 1, 2012.
4  IT IS SO ORDERED.
5  DATED: August 14, 2012.

*[signature: Dale A. Drozd]*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.soc sec\fonseca0273.stip.eot.wpd