**JESSE S. KAPLAN    CSB#103726**
5441 Fair Oaks Bl. Ste. C-1
Carmichael, CA   95608
916/488-3030
916/489-9297 fax

**Attorney for Plaintiff**
**HECTOR FONSECA**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA
-o0O0o-

| | |
|---|---|
| HECTOR FONSECA,<br><br>       Plaintiff,<br><br>    v.<br><br>MICHAEL ASTRUE,<br>   Commissioner of Social Security,<br><br>       Defendant.<br>_____/ | No.   2:12-CV-00273-DAD<br><br>**STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MOTION FOR SUMMARY JUDGMENT AND EXTENDING DATE OF** |

   IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court, that plaintiff's time to file a motion for summary judgment is extended to August 30, 2012, and defendant's motion/cross-motion will be due October 1, 2012.

   This is the first extension.

Dated: August 10, 2012                               /s/   Jesse S. Kaplan
                                                                      JESSE S. KAPLAN
                                                                      Attorney  for  Plaintiff


Dated: August 10, 2012                                /s/ per e-mail authorization

                                                                      ARMAND ROTH
                                                                      Special Assistant U.S. Attorney
                                                                      Attorney for Defendant

1

**ORDER**

Based on the parties' stipulation, IT IS ORDERED that plaintiff's motion for summary judgment is due August 30, 2012, and defendant's responsive brief is due October 1, 2012.

IT IS SO ORDERED.

DATED: August 14, 2012.

*[signature: Dale A. Drozd]*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.soc sec\fonseca0273.stip.eot.wpd